RECEIVED
IN LAKE CHARLES, LA.

OCT -2 2013

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHAEL COLTON** | * | **CIVIL ACTION NO. 2:10-CV-575** |
| Plaintiff | * | |
| V. | * | **JUDGE MINALDI** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | * | |
| | * | **MAGISTRATE JUDGE KAY** |
| Defendant | * | |

************************************************************************

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. 23] previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the application for writ of habeas corpus is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 2 day of Oct, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE